# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE, a minor,** | : |
| | :   Case No. 2:20-CV-4119 |
| **Plaintiff,** | : |
| | :   Chief Judge Algenon L. Marbley |
| v. | : |
| | :   Chief Magistrate Judge Deavers |
| **FRANKLIN COUNTY CHILDREN'S SERVICES,** *et al.*, | : |
| | : |
| **Defendants.** | : |

## **OPINION & ORDER**

This matter comes before the Court on the Parties' oral motion for extension of the preliminary injunction briefing schedule. The Parties shall file their briefs by close of business on August 24, 2020. Both Parties are entitled to file replies, due by close of business on August 25, 2020. The Preliminary Injunction hearing will still be held on **August 27, 2020 at 9:30 a.m.** before the Honorable Algenon L. Marbley. No further extensions will be granted.

    **IT IS SO ORDERED.**

                                                s/Algenon L. Marbley
                                             **ALGENON L. MARBLEY**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  August 19, 2020**