# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE, a minor,** | : | Case No. 2:20-cv-4119 |
| **Plaintiff,** | : | Chief Judge Algenon L. Marbley |
| v. | : | Chief Magistrate Judge Deavers |
| **FRANKLIN COUNTY CHILDREN SERVICES, et al.,** | : | |
| **Defendants.** | : | |

### ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL

This matter is before the Court for consideration of Defendants' Motion for Leave to File Franklin County Children Services Records Under Seal (ECF No. 11). For good cause shown, Defendants' Motion is **GRANTED**, and Defendants are **DIRECTED** to file the Franklin County Children Services (FCCS) records under seal.

    **IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

DATED: August 24, 2020