**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE, a minor,** | : | Case No. 2:20-cv-4119 |
| | : | |
| Plaintiff, | : | Chief Judge Algenon L. Marbley |
| | : | |
| v. | : | Chief Magistrate Judge Deavers |
| | : | |
| **FRANKLIN COUNTY CHILDREN SERVICES, et al.,** | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' SECOND MOTION FOR LEAVE TO FILE
FRANKLIN COUNTY CHILDREN SERVICE RECORDS UNDER SEAL**

Pursuant to Southern District of Ohio Civil Rule 5.2.1, Defendants file this motion for leave to file under seal confidential, redacted records from Franklin County Children Services (FCCS). The redacted records pertain to the minor Plaintiff involved in this lawsuit, which contains confidential and protected health information. A proposed order granting this motion is also being submitted for the Court's convenience.

Respectfully Submitted,

**RON O'BRIEN
PROSECUTING ATTORNEY
FRANKLIN COUNTY, OHIO**

*/s/ Nick A. Soulas, Jr.*
Nick A. Soulas, Jr. (0062166)
First Assistant
Trial Attorney
Amy L. Hiers (0065028)
Assistant Prosecuting Attorney
Civil Division
373 South High Street, 13th Floor
Columbus, Ohio 43215-6318
(614) 525-3520
(614) 525-6013 FAX
ahiers@franklincountyohio.gov
nsoulas@franklincountyohio.gov
Counsel for Defendant

2

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing was filed electronically this 8th day of September, 2020. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    */s/ Nick A. Soulas, Jr.*
                                    Nick A. Soulas, Jr. (0062166)