IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE, a minor,** | : | Case No. 2:20-cv-4119 |
| **Plaintiff,** | : | Chief Judge Algenon L. Marbley |
| v. | : | Chief Magistrate Judge Deavers |
| **FRANKLIN COUNTY CHILDREN'S SERVICES, et al.,** | : | |
| **Defendants.** | : | |

### ORDER GRANTING DEFENDANTS' SECOND MOTION TO FILE UNDER SEAL

This matter is before the Court for consideration of Defendants' Second Motion for Leave to File Franklin County Children Services Records Under Seal. (ECF No. 22). For good cause shown, Defendants' Motion is **GRANTED**, and Defendants are **DIRECTED** to file the Franklin County Children Services (FCCS) records under seal.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  September 8, 2020**