IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE, a minor,** | : | **Case No. 2:20-cv-4119** |
| | : | |
| Plaintiff, | : | **Chief Judge Algenon L. Marbley** |
| | : | |
| | : | **Chief Magistrate Judge Deavers** |
| | : | |
| **FRANKLIN COUNTY CHILDREN SERVICES, et al.,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL OF FRANKLIN COUNTY DEFENDANTS

Notice is hereby given that Defendants Franklin County Children Services, Charles Spinning, and Atha Sanders hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order, ECF Doc. 32 (SEALED), entered September 16, 2020, granting Plaintiff's Motion for Preliminary Injunction. Defendants request an expedited briefing schedule.

Respectfully submitted,

*/s/ Nick A. Soulas, Jr.*
Nick A. Soulas, Jr. (0062166)
First Assistant Prosecuting Attorney
Trial Counsel
Amy L. Hiers (0065028)
Assistant Prosecuting Attorney
nasoulas@franklincountyohio.gov
ahiers@franklincountyohio.gov
373 South High Street, 13th Floor
Columbus, Ohio 43215
Phone: (614) 525-3520
FAX:  (614) 525-6012
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was filed electronically this 17th day of September, 2020. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Nick A. Soulas, Jr.*
Nick A. Soulas, Jr. (0062166)