# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 07, 2020

Ms. Amy L. Hiers
Prosecuting Attorney's Office
for the County of Franklin
373 S. High Street
13th Floor
614-5253910
Columbus, OH 43215

Mr. Nick A. Soulas Jr.
Prosecuting Attorney's Office
for the County of Franklin
373 S. High Street
13th Floor
Columbus, OH 43215

Mr. Zachary Michael Swisher
Sybert, Rhoad, Lackey & Swisher
153 S. Liberty Street
Powell, OH 43065

Re: Case No. 20-3983, *John Doe v. Franklin Cnty Children Serv, et al*
Originating Case No. : 2:20-cv-04119

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 20-3983

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JOHN DOE

    Plaintiff - Appellee

v.

FRANKLIN COUNTY CHILDREN SERVICES; CHARLES SPINNING, Director; ATHA SANDERS

    Defendants - Appellants

 and

JOHN/JANE DOE

    Defendant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 07, 2020