# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN DOE,**

    **Plaintiff,**

                                                  **Civil Action 2:20-cv-4119**
                                                  **Chief Judge Algenon L. Marbley**
    **v.**                                             **Magistrate Judge Elizabeth P. Deavers**

**FRANKLIN COUNTY CHILDREN**
**SERVICES,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Defendants' Motion to Cancel January, 2021 Settlement Conference (Mediation). (ECF No. 45.) For good cause shown, the Motion is **GRANTED**. The mediation previously scheduled to occur in January 2021 is hereby **CONTINUED**. The mediator shall file a Notice setting mediation to occur in **APRIL 2021**.

    **IT IS SO ORDERED.**

**Date: January 22, 2021**                              */s/ Elizabeth A. Preston Deavers*
                                                             **ELIZABETH A. PRESTON DEAVERS**
                                                             **UNITED STATES MAGISTRATE JUDGE**