# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE, a minor,** | : | Case No. 2:20-cv-4119 |
| | : | |
| Plaintiff, | : | Chief Judge Algenon L. Marbley |
| | : | |
| v. | : | Chief Magistrate Judge Deavers |
| | : | |
| **FRANKLIN COUNTY CHILDREN SERVICES, et al.,** | : | |
| | : | |
| Defendants. | : | |

## STATUS REPORT

Pursuant to this Court's February 11, 2022 Order (Doc# 71), the parties are providing this joint status report. The parties have reached a settlement agreement in this action which has been approved by the Franklin County Children Services Board. The parties expect to have a dismissal with prejudice filed within thirty days of this status report upon the completion of the terms of the settlement.

    Respectfully Submitted,

    **G. GARY TYACK**
    **PROSECUTING ATTORNEY**
    **FRANKLIN COUNTY, OHIO**

    */s/*Amy L. Hiers
    Jesse W. Armstrong (0089029)
    Trial Attorney
    Amy L. Hiers (0065028)
    Assistant Prosecuting Attorneys
    373 South High Street, 13th Floor
    Columbus, Ohio 43215-6318
    (614) 525-3520

(714) 525-6013 FAX
jarmstrong@franklincountyohio.gov
ahiers@frankincountyohio.gov
Counsel for Defendants

/s/ Zachary M. Swisher
_____
Zachary M. Swisher, Esq. (0076288)
**SYBERT, RHOAD, LACKEY & SWISHER, LLC**
ATTORNEYS AND COUNSELORS AT LAW
153 South Liberty Street
Powell, Ohio 43065
Telephone: (614) 785-1811
Facsimile: (614) 785-1069
E-Mail: zach@law153group.com

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically this 14th day of March, 2022.

Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Zachary M. Swisher
Zachary M. Swisher
(0076288)