# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE, a minor,** | : | Case No. 2:20-cv-4119 |
| | : | |
| **Plaintiff,** | : | Chief Judge Algenon L. Marbley |
| | : | |
| v. | : | Chief Magistrate Judge Deavers |
| | : | |
| **FRANKLIN COUNTY CHILDREN SERVICES, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## **DISMISSAL**

Now comes Plaintiff, by and through undersigned counsel, and Pursuant to Fed. R. Civ. P. 41(a), hereby dismisses this action in its entirety and with prejudice.

Respectfully Submitted,

*/s/ Zachary M. Swisher per authority*
Zachary M. Swisher, Esq. (0076288)
**SYBERT, RHOAD, LACKEY & SWISHER, LLC**
ATTORNEYS AND COUNSELORS AT LAW
153 South Liberty
Street Powell, Ohio
43065
Telephone: (614) 785-1811
Facsimile: (614) 785-1069
E-Mail: zach@law153group.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that the foregoing *Dismissal* was filed electronically on March 23, 2022.

Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

>                    */s/* Zachary M. Swisher
>                    Zachary Swisher
>                    (0076288)